UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $47,000,000 IN PROCEEDS FROM THE SALE OF 996,726 BARRELS OF PETROLEUM-PRODUCT PREVIOUSLY STORED AT JANAF STORAGE FACILITY IN CROATIA,<br><br>Defendant. | Civil Action No. 25-0897-BAH |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 26th day of March 2025, alleging that the above defendant property are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(G)(i);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said property, more fully described as:

**APPROXIMATELY $47,000,000 IN PROCEEDS FROM THE SALE OF 996,726 BARRELS OF PETROLEUM-PRODUCT PREVIOUSLY STORED AT JANAF STORAGE FACILITY IN CROATIA**

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: March 27, 2025



Angela D. Caesar
Clerk of the Court

By: /s/ Ma. Ursula Masagca
       Deputy Clerk