UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $47,000,000 IN PROCEEDS FROM THE SALE OF 996,726 BARRELS OF PETROLEUM-PRODUCT PREVIOUSLY STORED AT JANAF STORAGE FACILITY IN CROATIA,<br><br>             Defendant. | Civil Action No. 25-0897 (BAH) |

## STATUS REPORT

Plaintiff the United States of America ("United States" or "government") respectfully submits this status report in response to the Court's Minute Order of September 5, 2025.

The government has completed all efforts to provide notice of this action as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure.  In response, no interested party has filed a claim.  Accordingly, the government believes that a default judgment is appropriate.

Unless the Court orders otherwise, the government intends to file its affidavit of default by October 3, 2025, and to move for default judgment within 28 days of the Clerk of the Court entering default in this action.

\*   \*   \*

- 2 -

Dated: September 12, 2025	Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:        */s/ Brian P. Hudak*
     BRIAN P. HUDAK, D.C. Bar #90034769
     Chief, Civil Division
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2549

*Attorneys for the United States of America*